Roger L. Grandgenett II, Esq.
Bar No. 6323
Diana G. Dickinson, Esq.
Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:    702.862.8800
Fax No.:         702.862.8811
Email: rgrandgenett@littler.com
Email: ddickinson@littler.com

Attorneys for Defendant
OPTUM SERVICES, INC.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CAMELLA BROWN,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>OPTUM SERVICES INC, a Foreign Corporation, and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-00532-RFB-VCF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

　　　　Plaintiff CAMELLA BROWN ("Plaintiff") and Defendant OPTUM SERVICES, INC. ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of May 2, 2023, for three weeks, up to and including **May 23, 2023.**

　　　　The requested extension is necessary in light of the fact that Defendant's counsel was recently retained.  The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

/ / /

/ / /

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: April 24, 2023

Respectfully submitted,

*/s/ Melinda Weaver*
DANIEL R. WATKINS, ESQ.
MELINDA WEAVER, ESQ.
WATKINS & LETOFSKY, LLP

*Attorneys for Plaintiff*
CAMELLA BROWN

Dated:  April 24, 2023

Respectfully submitted,

*/s/ Diana G. Dickinson*
ROGER L. GRANDGENETT II, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
OPTUM SERVICES, INC.

**IT IS SO ORDERED.**

Dated: 4-27-2023

_____
UNITED STATES MAGISTRATE JUDGE

4870-3324-7583.1 / 047515-1000

LITTLER MENDELSON, P.C.
Attorneys at Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937