Roger L. Grandgenett II, Esq.
Bar No. 6323
Diana G. Dickinson, Esq.
Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:      702.862.8800
Fax No.:           702.862.8811
Email: rgrandgenett@littler.com
Email: ddickinson@littler.com

Attorneys for Defendant
OPTUM SERVICES, INC.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CAMELLA BROWN,<br><br>            Plaintiff,<br><br>     v.<br><br>OPTUM SERVICES INC, a Foreign Corporation, and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. 2:23-cv-00532-RFB-VCF<br><br>**STIPULATION AND ORDER TO DISMISS AND PROCEED TO ARBITRATION** |

Plaintiff CAMELLA BROWN ("Plaintiff") and Defendant OPTUM SERVICES, INC. ("Defendant"), by and through their undersigned counsel, do hereby stipulate and agree as follows:

WHEREAS, in September 2014, Plaintiff agreed to arbitrate most employment-related disputes arising out of or relating to Plaintiff's employment with Defendant (the "Agreement");

WHEREAS, on or about April 10, 2023, Plaintiff filed a Complaint in United States District Court, District of Nevada, Case No. 2:23-cv-00532-RFB-VCF, alleging that Defendant violated Americans with Disabilities Act.

/ / /

/ / /

WHEREAS, the claims alleged in the action fall within the scope of the Agreement;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant and ORDERED as follows:

1. The instant action, in its entirety, shall be dismissed without prejudice and submitted to binding arbitration pursuant to the terms of the Agreement;

2. Plaintiff reserves all claims and causes of action she has against Defendant and nothing in this stipulation shall serve as a waiver of such claims and causes of action; and,

3. Each party shall bear its own fees and costs before this Court as of this date.

Dated: May 10, 2023

Respectfully submitted,

/s/ Melinda Weaver
DANIEL R. WATKINS, ESQ.
MELINDA WEAVER, ESQ.
WATKINS & LETOFSKY, LLP

*Attorneys for Plaintiff*
CAMELLA BROWN

Dated:  May 10, 2023

Respectfully submitted,

/s/ Diana G. Dickinson
ROGER L. GRANDGENETT II, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
OPTUM SERVICES, INC.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of May, 2023.

NG-W5IGAN8A-4873-0310-3330v1

LITTLER MENDELSON, P.C.
Attorneys at Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV
89169.5937

2